**FILED**
APR 0 1 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09CR0921-GT |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING JOINT MOTION TO CONTINUE |
| ANTONIO CIRANDA-SANCHEZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the change of plea hearing in this matter now scheduled for April 2, 2009 at 9:30 a.m. to **April 17, 2009 at 9:00 a.m.** is granted.

**IT IS SO ORDERED.**

Dated: 4-1-09

HONORABLE GORDON THOMPSON JR
UNITED STATES DISTRICT COURT JUDGE